IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEVINE HAT CO., on behalf of itself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 4:16-cv-1391-RWS ) |
| BROADFX MEDIA, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

### JOINT MOTION FOR EXTENSION OF TIME TO FINALIZE SETTLEMENT

COME NOW Plaintiff Levine Hat Co. and Defendants BroadFX Media, Inc., Rainbow Software, Inc. and FaxSIPit Services, Inc. (collectively "the Parties"), by and through their respective undersigned counsel, and hereby respectfully request that the Court extend its Order regarding time to file dismissal papers for one additional week, through and including October 30, 2017.  In support of their motion, the Parties state as follows:

1. On or about September 22, 2017, the Parties reached a settlement of all claims between them and thereafter notified the Court of the settlement, upon which the Court on September 22, 2017, issued its Order directing the Parties to file their dismissal papers dismissing the case on or before October 23, 2017.

2. Subsequent to the Court's order, the Parties began the process of formalizing their settlement in a written settlement agreement, a draft of which has been circulated for review and revision.  Because of their schedules and the necessary logistics, the Parties require a short amount of additional time to finalize the settlement.

1687871

3. The Parties anticipate that their dismissal papers can be filed with the Court by October 30, 2017.

4. The purpose of this motion is in the interest of justice and to promote settlement by the Parties.  It is not meant to delay.

WHEREFORE, the Parties hereby request that the Court extend by one week, through and including October 30, 2017, the time by which they must file their dismissal papers herein.

Dated:  October 20, 2017						Respectfully submitted,


KEANE LAW LLC

By:	/s/ *Alexander L. Braitberg*
	Ryan A. Keane, #62112MO
	Alexander L. Braitberg, #67045MO
	9666 Olive Blvd., #690
	St. Louis, MO 63132
	Phone: (314) 240-5278
	Fax: (314) 244-3778
	ryan@keanelawllc.com
	alex@keanelawllc.com

*Attorneys for Plaintiff Levine Hat Co.*


GREENSFELDER, HEMKER & GALE, P.C.

By:   */s/ Mary Ann L. Wymore*
	Mary Ann L. Wymore, #44061
	mlw@greensfelder.com
	10 South Broadway, Suite 2000
	Saint Louis, Missouri  63102
	Telephone:  (314) 241-9090
	Facsimile:  (314) 241-8624

*Attorneys for Defendants BroadFX Media, Inc., Rainbow Software, Inc. and FaxSIPit Services, Inc.*

1687871

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th of October, 2017, the foregoing was electronically filed using the Court's CM/ECF filing system which will send notification of such filing to all attorneys of record via electronic mail.

                                                       */s/ Mary Ann L. Wymore*
                                                        Mary Ann L Wymore

1687871