UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| LEVINE HAT CO., <br><br> Plaintiff, <br><br> v. <br><br> TRI CITIES CONSULTING LLC, and DAVID ANDERSON, <br><br> Defendants. | Civil Action No. 4:16-cv-1391-RWS <br><br> *So Ordered,* <br> */s/ RWS* <br> 4/18/18 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Levine Hat Co. hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants Tri Cities Consulting LLC and David Anderson, with each party to bear their own costs.

DATED: April 17, 2018

Respectfully submitted,

KEANE LAW LLC

/s/ Alex Braitberg
Ryan A. Keane, #62112MO
Alex Braitberg, #67045MO
7777 Bonhomme Ave., Ste. 1600
St. Louis, MO 63105
Phone: (314) 391-4700
Fax: (314) 244-3778
ryan@keanelawllc.com
alex@keanelawllc.com

1